# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

| | | |
|---|---|---|
| Despina Neuph (Neophytos) Lucas<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>United States of America, et al<br><br>See Attached<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 8:26-cv-3082-WFJ-NHA<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

OCT 9 2026 PM12:11 FILED - USDC - FLMD - TPA

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Despina Neuph (Neophytos) Lucas |
| Street Address | 9648 U.S. Highway 301 S, #207 |
| City and County | Riverview and Hillsborough County |
| State and Zip Code | Florida 33578 |
| Telephone Number | 252-489-1555 |
| E-mail Address | despina.n.lucas@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

IFP

**SEE ATTACHED**

2. Commonwealth of Virginia
3. City of Virginia Beach, Virginia
4. Pender and Coward, Attorneys at Law, Mark Baumgartner
5. State of Illinois as Grundy County States Attorney
6. Dave Neal, State of Illinois Appellate Prosecutor
7. Estate of Katina Lucas
8. James Sotirios Eleftheriou, Estate Administrator for Katina Lucas
9. Yvonne Eleftheriou-Stevenson
10. Katina Stevenson
11. Michael Ray Watchinski
12. Cary James Bastian
13. Angela Marie Bastian
14. Nicholas Bastian
15. Myah Bastian
16. Macy Bastian
17. Wells Fargo Bank of Virginia
18. Stephen (aka Frank) M. Cole and Stacey (aka Tracey) Cole
19. Unknown Agents

I. B (Con't.)

The Defendant (s)

2. If the defendant is a corporation

   The defendant, Commonwealth of Virginia, is incorporated under the laws of the United States of America and has it principal place of business in the state of Virginia.

3. If the defendant is a corporation

   The defendant, City of Virginia Beach, is incorporated under the laws of the State of Virginia and has it principal place of business in the State of Virginia.

4. If the defendant is a corporation

   The defendant, Pender and Coward, Attorneys and Counsellors at law is incorporated under the laws of the State of Virginia, and its principal place of business in the State of Virginia.

5. If the defendant is a corporation

   The defendant, State of Illinois as Grundy County States Attorney is incorporated under the laws of the State of Illinois, and its principal place of business in the State of Illinois.

6. If the defendant is a corporation

   The defendant, State of Illinois Appellate Prosecutor's office is incorporated under the laws of the State of Illinois, and its principal place of business in the State of Illinois.

I. B (CONT'D.)

The Defendant (s)

7-10. If the defendants are individuals

If the defendant, Estate of Katina Lucas her Estate Administrator James Sotirios Eleftheriou, Yvonne Eleftheriou-Stevenson, Katina Stevenson beneficiaries are citizens of the State of Virginia.

11. If the defendant is an individual

If the defendant, Michael Ray Watchinski is a citizen of the State of Illinois.

12-16. If the defendants are individuals

If the defendants, Cary James Bastian, Angela Marie Bastian, Myah Bastian, Nicholas Bastian and Macy Bastian are citizens of the State of Florida.

17. If the defendants is a corporation

If the defendants, Wells Fargo Bank of Virginia, is incorporated under the laws of the State of Virginia and its principal place of business is in the State of Virginia.

18. If the defendants are individuals

If the defendants, Stephen (aka Frank) M. Cole and Stacey (aka Tracey) Cole

19. If the defendants are individuals,

Unknown Agents are citizens of the States of Illinois, Virginia, North Carolina and Florida

Defendant No. 1

| | |
|---|---|
| Name | United States of America, Department of Justice, Bankruptcy Co |
| Job or Title *(if known)* | The Honorable Todd Blanche, Attorney General |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington, D.C. |
| State and Zip Code | Washington, D.C. 20539-0001 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Commonwealth of Virginia, Virginia Beach, Virginia Probate Court |
| Job or Title *(if known)* | Office of Attorney General |
| Street Address | 202 North Ninth Street |
| City and County | Richmond and County of Henrico |
| State and Zip Code | Virginia 23219 |
| Telephone Number | 804-786-2071 |
| E-mail Address *(if known)* | mailoag@oag.state.va.us |

Defendant No. 3

| | |
|---|---|
| Name | City of Virginia Beach, Virginia |
| Job or Title *(if known)* | Mark D. Stiles, City Attorney |
| Street Address | City Attorney's Office, Building1, 2401 Courthouse Drive |
| City and County | Virginia Beach and County of Virginia Beach |
| State and Zip Code | Virginia 23456 |
| Telephone Number | 757-385-4531 |
| E-mail Address *(if known)* | vb311@vbgov.com |

Defendant No. 4

| | |
|---|---|
| Name | Pender and Coward, Attorneys at Law |
| Job or Title *(if known)* | Mark Baumgartner, Attorney |
| Street Address | 222 Central Park Avenue, Suite 400 |
| City and County | Virginia Beach and Virginia Beach County |
| State and Zip Code | Virginia 23462 |
| Telephone Number | 757-490-3000 |
| E-mail Address *(if known)* | |

Defendant No. ~~1~~ 5

| | |
|---|---|
| Name | State of Illinois as Grundy County States Attorney |
| Job or Title *(if known)* | Office of the Illinois Attorney General, Honorable Kwame Raoul |
| Street Address | 500 South 2nd Street |
| City and County | Springfield and County of Sangamon |
| State and Zip Code | Illinois 62701 |
| Telephone Number | 217-782-1090 |
| E-mail Address *(if known)* | |

Defendant No. ~~2~~ 6

| | |
|---|---|
| Name | Dave Neal, Former Grundy County States Attorney |
| Job or Title *(if known)* | Illinois States Attorney Appellate Prosecutor |
| Street Address | 725 South 2nd Street |
| City and County | Springfield and Countyof Sangamon |
| State and Zip Code | Illiunois 62704 |
| Telephone Number | 217-782-1628 |
| E-mail Address *(if known)* | |

Defendant No. ~~3~~ 7-10

| | |
|---|---|
| Name | Estate of Katina Lucas, James Eleftheriou Administrator, Yvonne |
| Job or Title *(if known)* | Eleftheriou-Stevenson, Katina Stevenson, Beneficiaries |
| Street Address | 1701 Westerfield Road |
| City and County | Virginia Beach and County of Virginia Beach |
| State and Zip Code | Virginia 23455 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. ~~4~~ 11

| | |
|---|---|
| Name | Michael Ray Watchinski |
| Job or Title *(if known)* | |
| Street Address | 2650 East Pine Bluff Road |
| City and County | Morris and County of Grundy |
| State and Zip Code | Illinois 60450 |
| Telephone Number | 815-942-1217 |
| E-mail Address *(if known)* | |

Defendant No. 12-16

| | |
|---|---|
| Name | Cary James, Angela Marie, Myah, Nichols, Macy Bastian |
| Job or Title *(if known)* | Agents |
| Street Address | 12602 Silver Pine Drive |
| City and County | Riverview and County of Hillsborough |
| State and Zip Code | Florida 33569 |
| Telephone Number | 309-299-1437 |
| E-mail Address *(if known)* | |

Defendant No. ~~2~~ ~~13~~ 17-

| | |
|---|---|
| Name | Wells Fargo Bank of Virginia |
| Job or Title *(if known)* | |
| Street Address | 125 Independence Blvd |
| City and County | Virginia Beach and County of Virginia Beach |
| State and Zip Code | Virginia 23462 |
| Telephone Number | 888-261-2807 |
| E-mail Address *(if known)* | |

Defendant No. ~~3~~ 18

| | |
|---|---|
| Name | Stephen M. Cole & Stacey Cole, his wife |
| Job or Title *(if known)* | Agents |
| Street Address | 12601 Silver Pine Drive |
| City and County | Riverview and County of Hillsborough |
| State and Zip Code | Florida 33569 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

Defendant No. ~~4~~ 19

| | |
|---|---|
| Name | Unknown Agents |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Despina Neuph Lucas, is a citizen of the State of *(name)* California.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

2. If the defendant is a corporation

   The defendant, *(name)* United States of America, is incorporated under the laws of the State of *(name)* Washington D.C., and has its principal place of business in the State of *(name)* Washington D.C.. Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The estate administrator was blocked by court order issued from Probate Judge H. Thomas Padrick but there were bank accounts, personal unreal property with real property located at 1701 Westerfield Road, Virginia Beach, Virginia valued at over $500,000.00 that was misappropriated with other assets to the WRONG INDIVIDUALS. TOTAL ASSUMED VALUE OF MR. LUCAS'S ESTATE IS $10,000,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* October, 1993 , at *(place)* Virginia Beach, Virginia ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

(number 2) Katina Lucas deliberately, willfully refused to act to protect the estate of Mr. Lucas misguiding and deceiving his children at his funeral that there was no estate to deal with. We encouraged her to assist us his children to begin to settle his estate and the answer was adamant No! Then the refusal to speak with me, they stated again nothing was left, all assets were depleted. Katina Lucas convinced the defendants by falsely identifying her children from her first marriage as the children from her marriage to Mr. Lucas! They were FRAUDULENTLY WITHDRAWING FROM THE BANK MIN $5,000.00/WK FOR 30 YEARS.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

I filed in Virginia Beach court litigation against Katina Lucas to value my father, Mr. Lucas estate and court testimony given by Pender and Coward representing attorney Mark Baumgartener stated that Mr. Lucas fathered biologically James Eleftheriou and Yvonne Eleftheriou. In 2013 Katina Lucas's obituary published stated her first husband was Stavros Eleftheriou and they produced two (2) children. The Lucas Family has been dishonored, slandered and defamed of their accomplishments, labeled with the immorality convictions of the Eleftheriou's and denied our birthright to inherit real property, goods, and monies with a fraudulent will.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking the court to settle Mr. Lucas, my father estate denied by former Probate Judge H. Thomas Patrick's order that to do so would harass Katina Lucas. Requesting the court to issue an order to return the real property located at 1701 Westerfield Road in Virginia Beach that as my father's namesake I was to totally inherit and return of all assets, goods and monies plus compensate myself and siblings funds for denial, mistreatment, slander and defamation, identity theft, fraudulent immorality charges and conviction of Soliciting for Prostitution of Yvonne Eleftheriou-Stevenson. The Lucas Family has assisted the United States of America for 2 generations in that my father was trusted to,prepare meals for the original 7 astronauts before launches and I was approached to register as a private investigator with the Department of Justice, where I assisted then President Obama with the BP Crisis requesting a Presidential Order to send the US Navy has all been stripped away and honor given the Eleftheriou family. We are seeking financial compensation for being laughed at, being forced homeless, verbal attacked due to identity theft, where the Lucas honor has been destroyed given fraudulently to another. We are entitled to $33,000,000 (thirty-three million dollars) estate value with slander and defamation, business fraud, business interference and monetary losses from identity theft.

**III. Statement of Claim (Cont.)**

**Defendant 1. United States of America, United States Bankruptcy Court, Norfolk, Virginia**

A division of the United States of America with the influence and behest of Dave Neal and assistants/agents of the Grundy County Attorney Office and Grundy County Sheriff Department and the City of Morris, Illinois Police Department who then became Illinois State Attorney Appellate Prosecutor interfered without just cause investigated with no arrest tapped personal and business phones, computers and internet services to secure out of jurisdiction information in order to harm and pursue charges with falsified, stolen identities.

The United States of America in the interest of justice failed to justify such behavior and caused mental, spiritual and physical harm to the plaintiff as an estate administrator and her family so that pertinent information related to the safety and security of the President of the united States of America and other entities would be disregarded and appreciation by grants, jobs, and monies would be placed/given to others.

James Sotirios Eleftheriou **NOT** James Lucas has falsified information that enabled him to file bankruptcy receiving illegal monies stolen from the Estate of Neuph (Neophytos) Lucas from his mother that was never granted by the Virginia Beach, Virginia Probate Court as the said estate is still **UNSETTLED** and funds have not been properly distributed. He was illegally, fraudently paid to care for his elderly mother Katina Eleftheriou-Lucas accessed then Wachovia now Wells Fargo bank accounts without proper documents granting them access. He also had **NO** In-Home training to know how to take proper care of her instead according to internet Sources he has become the founder of Eruption Entertainment location most likely former residence of the deceased Mr. Neuph Lucas located at 1701 Westerfield Road, Virginia Beach, Virginia. A residence was purchased with the illegally given

**III. Statement of Claim (Cont.)**

estate funds at the time of the bankruptcy filing is located at 505 Big Pine Drive, Virginia Beach, Virginia 23452 should be turned over to and be placed under the Estate of Neuph (Neophytos) Lucas. Plaintiff did send a letter informing the bankruptcy court of the illegal funds but never received a response and therefore not notified of any action taken as Mr. Lucas's estate administrator.

**Defendant 2,3,4,5 & 6 Commonwealth of Virginia, City of Virginia Beach and Pender and Coward's Attorneys at Law Representative Attorney Mark Baumgartner, State of Illinois as Grundy County States Attorney, Dave Neal, State of Illinois Appellate Prosecutor**

All three (3) defendants worked together by accepting a falsified identities of the Eleftheriou family, stealing and altering giving them new identities for James Sotirios Eleftheriou, Yvonne Eleftheriou-Stevenson his sister and Katina Stevenson and represented them to the Virginia Beach Probate Court as the children, not in doubt step-children **who stated they were never related to Mr. Neuph (aka Neophytos) Lucas** in order to gain the monies known to be in the millions of dollars and personal and real property known as Neuph's estate.

Thereby assisting agents of the State of Illinois and the United States of America in pursuing a midwifery and prostitution investigation for possible arrest of the plaintiff whom is innocent. They switched the identities in the 1970's arrest and conviction of Yvonne Eleftheriou-Stevenson for soliciting for prostitution to be the plaintiff opening up a federal warrant using federal abilities for midwives across the United States on immorality charges also. Mr. Dave Neal would then become a national hero!

Collusion existed to bring together federal, state and county authorities to press fraudulent charges on a federal level with possible bribes with Lucas estate funds.

The defendants have interfered in the plaintiff and her family rights to pursue and hold jobs and security clearances, residences or purchasing real estate, opening businesses and continuing to be in business and continue to do so by placing adversary information, such as goods purchased to be sold are really stolen goods, regarding the Lucas families background. Federal Bureau of Investigation granted the plaintiff a nuclear clearance as an outage worker which was stripped by the defendants and placed in doubt without just cause, **no warrants have been issued for the thirty (30) years I have been under investigation!**

**As a private investigator registered with the United States Department**

I was forced into being a federal informant due to information gained that threatened the life of the President of the United States, they caused that information to be disregarded.

**Defendants 7, 8, 9 & 10 Estate of Katina Lucas, James Sotirios Eleftheriou, Yvonne Eleftheriou-Stevenson & Katina Stevenson**

These defendants have deliberately lied and falsified their father to gain monies and property. Upon returning to Virginia Beach in 2005 Yvonne Eleftheriou-Stevenson was called Despina in my presence while visiting Azar's Grocery in Norfolk. She made no effort to correct the male that called her of her name!

Mr. Lucas estate being unsettled was devalued to nothing and illegally combined with Katina Lucas using information from them. Katina Lucas's estate was then settled with her two (2) children and grand-daughter being granted everything. I contacted the City of Virginia Beach Probate Department and new clerks were placed in that position. They separated the two (2) estates made Mr. Lucas's estate $5,000.00 and Katina Lucas the multi-millionaire business owner of Browney's Restaurant in Norfolk, Virginia! They reversed everything where Katina Lucas 's estate had no value, since Mr. Lucas's estate is unsettled Mrs. Katina Lucas's estate

CANNOT LEGALLY BE SETTLED!

**They have not corrected anything, no documents received to prove what was spoken was done.**

**Defendant 11. Michael Ray Watchinski (my former husband)**

My father, Mr. Lucas stated in a phone conversation in early 1990's he was sending me by mail several documents regarding his business and estate and I was to read them and use them if anything happened to him.

Michael Ray Watchinski received those documents retrieving them from the mail and refused to allow me to see. He commented several times about the mail being stolen or taken and given to the correct party. I learned his ways of doing things and his gang type language.

He was sexually involved with both James Eleftheriou and his sister Yvonne, catching him and James in a homosexual act in 1989 in my father's living room at 1701 Westerfield Road in Virginia Beach.

He has also stated "my wife was arrested for prostitution"! Assisting federal, state and county authorities in their investigation misleading them totally, protecting the convicted person Yvonne Eleftheriou-Stevenson.

Very much their agent.

**Defendant 12, 13, 14, 15 & 16 Cary James Bastian, Angela Marie Bastian, Nicholas James Bastian, Myah Bastian and Macy Bastian**

Upon arriving in Riverview, Florida on April 04, 2025 for a possible two (2) week visit Angela Marie Bastian, my daughter began to throw in her garbage can my belongings such as linens, blankets, brand new, unworn clothing without explanation. We returned the U-Haul truck and tow dolly and upon returning everything was gone. I told her before we left to return the truck that I would go

thru everything as there was an incident while traveling. We got into a disagreement and she never explained. Later I come to find out they told people I had traveled down to die and everything was to be divided up and distributed before I did.

Minor car repairs were made, but at the same time my 1998 Mercedes-Benz ml320 was being tore down and parts sold! They attempted to sell my car to a junk yard I found out later as they were the owner they stated since she was my estate administrator. Others personal and business property disappeared as replacement car parts and labor amounted to over $3,000.00 damages.

I was thrown out June 21st, 2025, had to tow my junker car as it was called, a used car dealer priced the value of my car wholesale at $3,500.00 at the time.

Where everything went I do not know except some was sent to a resale shop to be sold along with my mail. All my mail, USPS and FED EX has been withheld and opened and some returned being delivered wrongly by USPS.

They wanted monies to invest in another Scooter's franchise and my belongings sold would give them the funds needed.

Twice in 2025 Angela Bastian filed a court petition in Hillsborough County to determine me a mentally ill, elderly person and out of my faculties that failed.

She has attempted to dissolve my estate totally and take over my online business registered in the State of Illinois named All Things, a sole Proprietorship founded in 1992.

She has interfered and harmed my business causing a severe loss of sales.

I have removed her as my estate administrator and emergency contact since.

Defendant 17 Wells Fargo Bank of Virginia

Wells Fargo Bank located in Virginia Beach was Wachovia Bank at the time of Mr. Lucas's death. I was made to believe no monies in my father's estate were left by

Katina Lucas even with her driving to the bank where I was a passenger in the car and she withdrew $5,000.00 cash stating that it was the correct amount to go unnoticed by the authorities. She had not received any type of authorization from the Virginia Beach Probate Court to release funds to her. She did not qualify as an estate administrator so no attempt was made, they continued on acting as if my father was still alive. Obviously no notification was received by the bank and Katina Lucas did not say anything regarding his death until I visited the Hampton, Virginia branch on Coliseum Road qualified as his estate administrator and my documents from the Probate court were refused.

I have since spoken to Wells Fargo Bank representative by phone several years ago and they refused to do anything, they would not halt any withdraws or other activity. Due to their refusal to help locate accounts and amounts, the value is unknown!

Defendant 18 Stephen (aka Frank) M. Cole and Stacey (aka Tracey) Cole

The defendants are neighbors to the Bastian Family residing at 12601 Silver Pine Drive in Riverview, Florida where my daughter and family live at 12602 Silver Pine Drive, Riverview, Florida.

Cary J. Bastian, my son-in-law has a special relationship with Stephen Cole calling him Frank and visibly a male sexual partner and joint member to some type of Neo-Nazi political organization since being called a f_cking Jew by the Bastian family.

When visiting my daughter's house I saw Stephen or Frank leaving 4 am in his van waking me, but first opening his vans back doors and walking over to the pile of stacked containers filled with my stored belongings when he noticed my movement, he had trespassed into my daughter's yard, turned walked back and shut the vans doors, entered his van and drove away. Several times this

happened as well as his wife Stacey or Tracey walking across into my daughter's yard directly to the same pile of stored containers while walking her dogs.
Attempted to discuss the events with my daughter who refused any word I spoke stated I am trying to damage her relationship with her neighbors.
Arriving on April 4th I also had a Samsung Tablet in a case with a keyboard removed from my car which has never been located.

**Defendant 19 Unknown Agents**

I have seen some of these agents associated with this litigation and holding conversations with Grundy County, Illinois Sheriff Department personnel. Also have seen some of them in uniform as Illinois, Iowa and Virginia State Troopers.
I have caught Grundy County assistant states attorney who opened my car, entered causing damages to documents while parked at the Kenosha Public Library, Kenosha, Wisconsin.
Another prior incident in 1993 the same Grundy County Assistant States Attorney stated he worked for the downtown location of Midwest Bank in Morris, Illinois where he accepted my application for a Small Business loan. I thought he has left employed by the state. So basicaly he mimicked a bank employee falsifying who he was! Never received any type of communication from the Small Business Administration to this day regarding my request, and suffered my business plan with research conducted being stolen and used by other entrepreneurs.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~April 20th, 2026~~ SEPTEMBER 23RD, 2026

Signature of Plaintiff: Despina Neuph Lucas

Printed Name of Plaintiff: Despina Neuph Lucas

### B. For Attorneys

Date of signing: ______________

Signature of Attorney: ______________

Printed Name of Attorney: ______________

Bar Number: ______________

Name of Law Firm: ______________

Street Address: ______________

State and Zip Code: ______________

Telephone Number: ______________

E-mail Address: ______________



Print Save As... Add Attachment Reset