**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DESPINA LUCAS,**

Plaintiff,

v. Case No. 8:26-cv-03082-WFJ-NHA

**COMMONWEALTH OF VIRGINIA, ET AL.,**

Defendants.
_______________________________/

## ORDER

Before the Court is Plaintiff Despina Lucas' Motion to Proceed *In Forma Pauperis*. Dkt. 2. United States Magistrate Judge Adams issued a report recommending the motion be denied and Plaintiff's Complaint dismissed, as Plaintiff failed to state a non-frivolous claim. Dkt. 4. No objection was filed, and the time to do so has passed. Upon due consideration, the Court agrees with Judge Adams' thorough and well-reasoned factual findings and legal conclusions and adopts the report and recommendation.

On April 27, 2026, Plaintiff brought a prior action against eleven named defendants in *Lucas v. Commonwealth of Va., et. al,* 8:26-cv-1223-MSS-NHA (M.D. Fla. 2026). In this action, Plaintiff brought claims against individuals she believed

caused an unfavorable outcome in a probate action that was previously settled in 1993. *Id.*, Dkt. 1. Because the initial complaint failed to identify any law under which she proceeded or any facts showing any defendant violated such a law, she was granted leave to file a complaint that complied with federal pleading standards. *Id.*, Dkt. 7. The amended complaint named nineteen defendants and failed to identify what claims she brought against which defendant. *Id.*, Dkt. 8.

On September 30, 2026, it was recommended that this prior action be dismissed for failure to state a non-frivolous claim. *Id.*, Dkt. 10. On October 9, 2026, Plaintiff filed the present action, which appears to be a photocopy of her amended complaint from the prior action. *Compare id.*, Dkt. 10 *with* Dkt. 1.

The Court reviews the legal conclusions of the magistrate judge *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). After an independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006).

Although courts must provide *pro se* litigants "wide latitude when construing their pleadings and papers" and "use common sense to determine what relief the party desires[,]" *S.E.C. v. Elliot*, 953 F.2d 1560, 1582 (11th Cir. 1992), courts need not exempt such *pro se* litigants from complying with the requirements imposed by

the law and rules of procedure. *See Brown v. Crawford*, 906 F.2d 667, 670 (11th Cir. 1990); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). 28 U.S.C. § 1915(e)(2)(B) provides that a court shall dismiss a case if the court determines the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. An action is found to be frivolous when the complaint lacks an arguable basis either in law or in fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989)

Here, the magistrate judge recommends dismissal of the Complaint with prejudice "for the same reasons" the prior action was dismissed. Dkt. 4 at 6. Specifically, even if Plaintiff did not file an exact duplicate of her previously dismissed complaint, "it does not appear amendment could result in a non-frivolous claim." *Id.* The Court agrees, as "the pleadings indicate that the relevant events occurred decades ago[,]" and even the more recent events "do not appear to relate to any claim over which this Court has jurisdiction." *Id.* at 7.

For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation, Dkt. 4, is **ADOPTED**, **CONFIRMED**, and **APPROVED**.
2. Plaintiff Despina Lucas' Complaint, Dkt. 1, is **DISMISSED with prejudice**.

3. Plaintiff Despina Lucas' Motion to Proceed *In Forma Pauperis*, Dkt. 2, is **DENIED**.

4. Plaintiff Despina Lucas is warned that her attempts to circumvent adverse rulings by filing new actions are not well-taken, and future frivolous filings in this Court may result in filing restrictions.

**DONE AND ORDERED** at Tampa, Florida, on November 3, 2026.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record